UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC-SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC#:                            │
│ DATE FILED: 4-27-20              │
└─────────────────────────────────┘
```

BRANDON H. MICHAELS,

                         Plaintiff,

          v.

ADEE DREXLER AND INFINITY
CREATIVE AGENCY,

                        Defendants.

20-CV-1776 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

      As discussed at the conference on April 24, 2020, discovery in this action is hereby stayed

pending resolution of Defendants' motion to change venue.

SO ORDERED.

Dated:    April 27, 2020
           New York, New York

                                                 RONNIE ABRAMS
                                       United States District Judge